1
2
3
4
5
6

Mark B. Hutton
Lead Counsel
KS Bar #10112
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
Telephone: 316-688-1166
Fax: 316-686-10773
trial.lawyers@huttonlaw.com
Attorneys for Plaintiffs

7

UNITED STATES DISTRICT COURT

8

NORTHER DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10
11
12

IN RE: BEXTRA AND CELEBREX ) **Case No. 06-2996 CRB**
MARKETING SALES PRACTICES AND )
PRODUCT LIABILITY LITIGATION ) **MDL NO. 1699**
_____ ) **District Judge: Charles R. Bryer**

13

Leslie Keaton, et al.,

14

                 Plaintiffs,

15

vs.

16

Pfizer Inc., et al.

17

                 Defendants.

18

)
)
)
)
)
)
)
)
)
)
)
)
)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

19

      Come now the Plaintiffs, Leslie Keaton and Lisa Jayne for Nina Worthington, Margaret

20

Halstead for Willis Halstead and Bobby G. Pepper in the above-entitled action and Defendants,

21

by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule

22

41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs

23

named herein only with each side bearing its own attorneys' fees and costs.

      //

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1    DATED: _2|25_, 2010      By:_____

2                                **HUTTON & HUTTON LAW FIRM, L.L.C.**
8100 East 22nd Street North
Building 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: 316-688-1166
Fax: 316-686-1077
trial.lawyers@huttonlaw.com

*Attorneys for Plaintiffs*

DATED: _____March 16_, 2010     By:_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-335-4500
Fax: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _April 5_, 2010       By:_____

Hon. Charles R. Breyer
United States District Court

2

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**